UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-23-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BRUCE ALAN SMITH, JR. | ) | |
| | ) | |
| Defendant. | ) | |

---

For good cause shown, defendant, BRUCE ALAN SMITH, JR.'s, Motion to Seal

Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the 27th day of August 2015.

Louise W. Flanagan
United States District Judge