UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-23-FL-3

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BRUCE ALAN SMITH, JR. )<br>)<br>Defendant. ) | ORDER |

For good cause shown, defendant, BRUCE ALAN SMITH, JR.'s, Motion to Seal Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the __26th__ day of ___April_____ 2016.

_____
Louise W. Flanagan
United States District Judge