UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-23-FL-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | ORDER |
| BRUCE ALAN SMITH, JR. | ) | |
| Defendant. | ) | |

For good cause shown, defendant, BRUCE ALAN SMITH, JR.'s, Motion to Seal Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the  31st  day of          May                  2016.

_____
Louise W. Flanagan
United States District Judge