UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-23-FL-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BRUCE ALAN SMITH, JR. ) | |
| ) | |
| Defendant. ) | |

For good cause shown, defendant, BRUCE ALAN SMITH, JR.'s, Motion to Seal Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the  1st  day of  August  2016.

_____
Louise W. Flanagan
United States District Judge